Lawrence G. Metzger, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).

702 A.2d 359

**Moses and Christine ARNOLD, Petitioners,**

v.

**Conrad T. FRAIDER, D.O., Suburban General Hospital and Acromed, Inc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lawrence G. Metzger, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).